JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONSO M. MEJIA,                    )<br>                                      )<br>            Plaintiff,               )<br>                                      )<br>     v.                              )<br>                                      )<br>CAROLYN W. COLVIN,                   )<br>Commissioner of the                 )<br>Social Security Administration,     )<br>                                      )<br>            Defendant.               )<br>_____) | Case No. SACV 12-01682-MLG<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: March 19, 2013

_____
MARC L. GOLDMAN
United States Magistrate Judge