JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONSO M. MEJIA, | Case No. SACV 12-01682-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: March 19, 2013

_____
MARC L. GOLDMAN
United States Magistrate Judge