1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Alfonso M. Mejia

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 ALFONSO M. MEJIA,                    ) Case No.: 8:12-cv-01682-UA-MLG
11                                      )
       Plaintiff,                       )        ORDER AWARDING
12                                      ) EQUAL ACCESS TO JUSTICE ACT
   vs.                                  ) ATTORNEY FEES AND EXPENSES
13                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN,[1] Acting         ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,     ) U.S.C. § 1920
                                        )
15     Defendant                        )
                                        )
16 _____)

17
          Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19

20

21

22 _____

23 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
   February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24 Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
   Michael J. Astrue as Defendant in this suit. No further action need be taken to
25 continue this suit by reason of the last sentence of section 205(g) of the Social
   Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26 Commissioner as the Commissioner.

1  IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
2  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
3  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
4  DATE: 5/14/13

*Suzanne H. Segal*

THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE    SUZANNE H. SEGAL

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorney for plaintiff Alfonso M. Mejia